United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 4, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50351
Summary Calendar
_____

GUADALUPE GUAJARDO, JR.,

Plaintiff-Appellant,

versus

ALFRED M. STRINGFELLOW, Chairman, Texas Department of Criminal
Justice, Institutional Division; JANIE COCKRELL, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION; JIM
MORGAN, Senior Warden; GARY L. JOHNSON, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-02-CV-478-SS
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Guadalupe Guajardo, Jr., Texas prisoner number 170864,

appeals from the dismissal of his 42 U.S.C. § 1983 suit for

failure to exhaust administrative remedies.  Guajardo argues that

the prison grievance system is inadequate because it does not

permit challenges such as his to state-wide policies.  We find no

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

error in the district court's dismissal for failure to exhaust administrative remedies.  See Porter v. Nussle, 534 U.S. 516, 532 (2002); Booth v. Churner, 532 U.S. 731, 741 n.6 (2001); 42 U.S.C. § 1997e(a).

Guajardo also argues that the district court erroneously denied his motion for class action status under FED. R. CIV. P. 23.  By failing to brief how the district court erred or how he met the requirements of Rule 23, Guajardo has abandoned this issue on appeal.  See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993); see also FED. R. APP. P. 28(a)(9).

Guajardo also argues that the district court erroneously denied his request for appointment of counsel.  We find no abuse of discretion.  See Ulmer v. Chancellor, 691 F.2d 209, 212-13 (5th Cir. 1982).

AFFIRMED.